In re        Case No. 18−12204
       Chapter 13

Karinne G. Simmons,

     Debtor.

## NOTICE OF DEFICIENCY

This notice identifies deficiencies of the petition in the above−referenced case. All documents filed must contain the case number.

**1. Fees**
Petition filing fees to be paid in installments must be accompanied by an application to pay in installments.
     ☐ Chapter 13 Filing Fee ($310)

**2.** ☐ **Application to Pay Filing Fees in Installments** (Official Form 103A)
Debtor must be an individual and must submit a signed application with the petition for court approval. [Rule 1006(b), Federal Rules of Bankruptcy Procedure]

**3. Debtor's and/or Debtor's Attorney's Information**
     ☐ Debtor's address and/or phone number is missing or incomplete
     ☐ Attorney's address and/or phone number is missing or incomplete
     ☐ Official Form 121, Your Statement About Your Social Security Numbers, is missing (pro se debtors only)

**4. Declarations and Signatures**
This must be submitted within 14 days of filing the petition.
     ☐ Signature of debtor, whether represented by attorney or acting pro se (page 6 of petition, Official Form 101)
     ☐ Debtor's attorney's signature (page 7 of petition, Official Form 101)
     ☐ Additional signature of pro se debtor, (page 8 of petition, Official Form 101)
     ☐ Bankruptcy Petition Preparer's Notice, Declaration and Signature (Official Form 119)
     ☑ Declaration About an Individual Debtor's Schedules (Official Form 106 Declaration)

**5.** ☐ **Names and Addresses of All Creditors**
This must be submitted within 72 hours of filing the petition.

**6.** ☑ **Statement of Monthly Income** (Form 122C−1, Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period)
This must be submitted within 14 days of filing the petition. [11 U.S.C. § 521(a)(1)(B)(v) and Rule 1007(b), Federal Rules of Bankruptcy Procedure]

**7.** ☑ **Payment Advices**
This must be submitted within 14 days of filing the petition. Debtor must submit either **(a)** copies of all payment advices or other evidence of payment received by the debtor from any employer of the debtor within 60 days before the date of the filing **or (b)** a statement concerning payment advices. (See local forms.) [11 U.S.C. § 521(a)(1)(B)(iv) and Rule 1007(b), Federal Rules of Bankruptcy Procedure]

**8. Schedules and Other Documents**
This must be submitted within 14 days of filing the petition. [11 U.S.C. § 521(a)(1) and Rule 1007(b) and (c), Federal Rules of Bankruptcy Procedure]

- ☑ 106Sum
- ☑ Schedule A/B
- ☑ Schedule C
- ☑ Schedule D
- ☑ Schedule E/F
- ☑ Schedule G
- ☑ Schedule H
- ☑ Schedule I
- ☑ Schedule J
- ☐ Schedule J−2 (required if you are joint debtors living in separate households)

**9.** ☑ **Statement of Financial Affairs for Individuals Filing for Bankruptcy** (Official Form 107)
This must be submitted within 14 days of filing the petition. [Rule 1007(b) and (c), Federal Rules of Bankruptcy Procedure]

**10.** ☐ **Disclosure of Compensation of Attorney for Debtor** (Form 2030)
This must be submitted within 14 days of filing the petition or by any other date set by the court. [11 U.S.C. § 329 and Rule 2016(b), Federal Rules of Bankruptcy Procedure]

**11.** ☐ **Disclosure of Compensation of Bankruptcy Petition Preparer** (Form 2800)
This must be filed with the petition if a bankruptcy petition preparer prepares the petition. [11 U.S.C. § 110(h)(2)]

**12.** ☑ **Chapter 13 Plan**
This must be submitted within 14 days of filing the petition. [Rule 3015, Federal Rules of Bankruptcy Procedure]

**13.** ☐ **Documents are not legible**

**14.** ☐ **Other:** Certificate of Credit Counseling has not been filed

Dated December 18, 2018

Juan−Carlos Guerrero
Clerk of Court