UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                Case No. 18−12204
Karinne G. Simmons,                  Chapter 13

    Debtor.

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

Upon consideration of the debtor's application to pay the filing fee in installments, it is

**ORDERED** that the debtor may pay the filing fee in installments on the terms proposed in the application or no later than 120 days from the date of filing the application.

Until the filing fee is paid in full, the debtor shall not pay, and no person shall accept, any money for services in connection with this case. The debtor shall not relinquish, and no person shall accept, any property as payment for services in connection with this case.

Dated December 19, 2018

William R. Sawyer
United States Bankruptcy Judge