UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                    Case No. 18−12204
                                                         Chapter 13

Karinne G. Simmons,

    Debtor.

**PURSUANT TO LOCAL RULE 1017−1, THIS CASE MAY BE DISMISSED WITHOUT FURTHER NOTICE OR HEARING UNLESS A RESPONSE IS FILED BY A PARTY IN INTEREST WITHIN 21 DAYS OF THE DATE OF SERVICE. RESPONSES MUST BE SERVED UPON THE MOVING PARTY AND, IN THE MANNER DIRECTED BY LOCAL RULE 5005−1, FILED WITH THE CLERK ELECTRONICALLY OR BY U.S. MAIL ADDRESSED AS FOLLOWS: CLERK, U.S. BANKRUPTCY COURT, ONE CHURCH STREET, MONTGOMERY, AL 36104.**

**NOTICE OF DISMISSAL**

Notice is hereby given that the debtor in this case has done the following:

- ☐ Failed to file a schedule or statement within the time allowed by law or order of this court.
- ☐ Defaulted in the payment of an installment payment under Local Rule 1006−1.
- ☐ Failed to appear at an 11 U.S.C. § 341 meeting of creditors.
- ☐ Failed to serve notice or file proof of service of a notice as required by Local Rule 2003−1(b)(1).
- ☐ Failed to timely file answers to interrogatories, if permitted under Local Rule 2003−1(f).
- ☐ Failed to provide a tax return pursuant to 11 U.S.C. § 521(e)(2)(A)(i).
- ☑ Failed to obtain prepetition credit counseling in accordance with 11 U.S.C. §§ 109(h)(1) and 521(b).
- ☐ Made a material default in payments under a confirmed plan, 11 U.S.C. § 1208(c)(6).
- ☐ Failed to timely commence payments pursuant to 11 U.S.C. § 1326(a)(1).
- ☐ Failed to pay any domestic support obligation pursuant to 11 U.S.C. §§ 1307(c)(11) and 1208(c)(10).
- ☐ Failed to provide a tax return pursuant to 11 U.S.C. § 521(e)(2)(A)(i) or to file a tax return with the appropriate taxing authority pursuant to 11 U.S.C. § 1307(e).
- ☐ Failed to modify the chapter 13 plan or to object to the claim of a creditor whose claim is filed for which the plan makes no provisions.
- ☐ Failed to file reports as required by Local Rule 2015−1(a)(2).
- ☐ Failed to appear at conferences as required by Local Rule 2015−1(a)(3).

☐ Is deceased.

Unless a response to this notice is filed or the deficiency is cured within 21 days of service of this notice, the case may be dismissed without further notice. Responses must state clearly why the case should not be dismissed.

Dated January 4, 2019

*Juan-Carlos Guerrero*

Juan–Carlos Guerrero
Clerk of Court